IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00969-RPM

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

      Plaintiff,
v.

NEXUS VALVE, INC.,
ACTIVE AIR, INC.,
STEWART BOYER, INC.,

      Defendants.

___

ORDER FOR DISMISSAL

___

      Pursuant to the Stipulation of Dismissal filed March 26, 2012, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

      DATED: March 27th, 2012

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior Judge